UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-0020 MHP |
| Plaintiff(s), | **ORDER REVOKING SUPERVISED RELEASE AND JUDGEMENT** |
| v. | |
| TYRICE IVY, | |
| Defendant(s). | |

This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Ian Loveseth. The United States was represented by Assistant United States Attorney Owen Martikan.

The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

    Charge 1:    Violation of Standard Condition Number Eight which states that defendant shall not purchase, possess, use, distribute, or administer any controlled substance in that on February 13, 2009, defendant tested positive for cocaine use.

    Charge :    Violation of Standard Condition Number Ten which states the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with a known felon, in that on February 24, 2009, defendant associated with Dennis Anderson, a convicted felon.

Based on the foregoing,

IT IS ADJUDGED that supervised release is hereby REVOKED, and that defendant is remanded into the custody of the Attorney General or his authorized representative for a term of six (6) months, AND IMPOSES a further Term of Supervised Release for a period of thirty (30) months thereafter, with all previously ordered conditions of release to remain in full effect and the addition of the following conditions:

1. Participation in drug treatment program, as directed by the US Probation Officer;
2. Home detention with electronic monitoring, or in the alternative, GPS as determined by the Probation Officer for the first six (6) months of Supervised Release with curfew from 10:00 p.m. thru 7:00 a.m.;
3. Defendant shall reside at the home of his mother unless he receives prior approval form his Probation Officer to reside elsewhere.

Remaining charges on March 5, 2009 Petition dismissed by Government motion.

Dated: May 5, 2009

                                MARILYN HALL PATEL
                                United States District Court