UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff(s),<br><br>v.<br><br>TYRICE IVY,<br><br>        Defendant(s).<br>_____/ | No. CR 03-0020-01 MHP<br><br>**ORDER REVOKING AND REINSTATING SUPERVISED RELEASE AND JUDGEMENT** |

       This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with his attorney Ian Loveseth. The United States was represented by Assistant United States Attorney Owen Martiken.

       The defendant was advised of the following:

1. His right to a hearing on the alleged violations of supervised release;
2. His right to confront and cross-examine witnesses;
3. His right to produce evidence and witnesses at the hearing without cost to him if he could not afford the same;
4. His right to continue to have court appointed counsel represent him throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

       The court finds that defendant was fully advised of his constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that he fully understands the nature of the proceeding and the defenses that he may assert in the proceeding; that he fully understands the consequences of the proceeding; and that he freely and voluntarily waives

his right to a hearing, his counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the petition to revoke and that such violations are sufficient cause to revoke supervised release.

Charge 4:   Violation of Standard Condition One which states that defendant shall not leave the judicial district of other specified geographical area without the permission to the Court or the probation officer, in that on October 15, 2009, the defendant was observed via the global positioning software to be in Vallejo, California.

Based on the foregoing,

IT IS ADJUDGED that Supervised Release is hereby REVOKED and defendant is remanded to the custody of the Bureau of Prisons for TIME SERVED.  Upon release from custody, Supervised Release is REINSTATED for the remainder of his term of supervised release, with all previously ordered conditions of release to remain in full effect. In addition to the previously imposed conditions:

1). Defendant shall serve a term of nine (9) months imprisonment, less the time served on this revocation as ordered herein and this term is stayed for so long as defendant complies with the terms of his supervised release.

2) Defendant is responsible for determining whether persons he associates with have suffered felony conviction(s) or are engaged in criminal activity, and shall not associate with them in any way.

3) Defendant shall not come into San Francisco except to see his attorney or for court appearances, to visit his family, or legitimate employment and subject to permission of his Probation Officer.

4) Defendant shall not frequent high crime areas or areas known to be areas where drug trafficking occurs.

//

1  The remaining counts of the petition are dismissed.

3  Dated: January 12, 2010

                                                MARILYN HALL PATEL
                                                United States District Court

**United States District Court**
For the Northern District of California