1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  ANDREW M. SCOBLE (CSBN 124940)
   OWEN P. MARTIKAN (CSBN 177104)
5  Assistant United States Attorneys

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
7     Telephone: (415) 436-7241
      Facsimile: (415) 436-7234
8     owen.martikan@usdoj.gov

9  Attorneys for Plaintiff

10
                       UNITED STATES DISTRICT COURT
11
                     NORTHERN DISTRICT OF CALIFORNIA
12
                           SAN FRANCISCO DIVISION
13

14 UNITED STATES OF AMERICA,        )    No. CR 03-0020 MHP
                                    )
15         Plaintiff,               )
                                    )
16     v.                           )    [PROPOSED] ORDER AMENDING
                                    )    DEFENDANT'S SUPERVISED
17 TYRICE IVY,                      )    RELEASE CONDITIONS
                                    )
18         Defendant.               )
   _____)
19

20

21     This case came before the Court on April 26, 2010, for a status conference concerning the

22 progress of defendant Tyrice Ivy's supervised release. Probation Officer Mark Messner

23 represented Probation, Randy Sue Pollock, Esq., appeared for the defendant on behalf of his

24 counsel Ian Loveseth, Esq., and Owen Martikan appeared for the United States. Defendant

25 Tyrice Ivy was present out of custody.

26     On the recommendation of Probation, with the agreement of the parties, and for good

27 cause shown, the Court hereby ORDERS that the defendant's supervised release conditions in

28 this case should be amended to include the following search condition:

CR 03-0020 MHP
[PROPOSED] ORDER AMENDING S.R. COND.S

The defendant shall submit his person, property, place of residence, vehicle, and personal effects to search at any time of the day or night, with or without a warrant, with or without probable cause, and with or without reasonable suspicion, by a probation officer or any federal, state, or local law enforcement officer.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any residents that the premises may be subject to search.

All other conditions of defendant's supervised release shall remain in effect until further order of the Court, except to the extent that they conflict with the language set forth above, in which case they are superseded by this Order.

SO ORDERED.

Dated:  April 27, 2010



CR 03-0020 MHP
[PROPOSED] ORDER AMENDING S.R. COND.S       2